1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIE C. McCLINTON, et al.,
                                              NO. CIV. S-05-1471 LKK/KJM
12
              Plaintiffs,
13
         v.                                   O R D E R
14
     SUNNY WILSON, et al.,
15
              Defendants.
16   _____/

17      Counsel for the plaintiffs has filed a motion to withdraw as

18   attorney of record.  The matter was placed on the October 24, 2005

19   law and motion calendar.  Counsel for the plaintiffs failed to

20   appear.  The motion is DENIED without prejudice to renewal.

21      IT IS SO ORDERED.

22      DATED:  October 25, 2005

23                              /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
24                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
25

26